105 Franklin Street Corp. v. Samuel Seratoff et al.— Motion granted. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

American News Company, Inc., v. Avon Publishing Co., Inc., et al.— Motion for resettlement denied, with $10 costs. Present — Peck, P. J., Callahan, Botein and Bergan, JJ. [See 283 App. Div. 1041.]

■

Margaret Conway, Individually and as Administratrix of the Estate of Joel H. Conway, Deceased, v. Hamilton Overseas Contracting Corp.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ. [See 283 App. Div. 1011.]

■

In the Matter of the Probate of the Will of Ida E. Head, Deceased. Everard M. Taylor, Appellant; Edward H. Hyems et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ. [See 283 App. Div. 939.]

■

Rose B. Hirsh et al. v. Leo C. McAuliffe et al.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

■

Bernard Keegan v. Alexander A. Lenes.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

■

In the Matter of Ruth Kessler against Joseph D. McGoldrick.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

■

In the Matter of Eleanor Boardman against Joseph D. McGoldrick.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

■

Evelyn Fixel, Respondent, v. Irving Fixel, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

■

In the Matter of James W. Foote, an Attorney.— Motion for reinstatement granted. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

In the Matter of Albert E. W. Eastman (also known as Albert E. Wilson Eastman).— Motion for reinstatement denied. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.